IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01909-PSF-PAC

KEVIN HOWARD,

    Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Unopposed Motion for Entry of Protective Order [filed February 27, 2007; Doc. No. 21] is **GRANTED.**

    The Protective Order is made an Order of the Court this date.

Dated:  March 12, 2007