IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01909-PSF-PAC

KEVIN HOWARD,

    Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion to Vacate and Reschedule Settlement Conference [filed March 28, 2007; Doc. No. 25] is **GRANTED** as follows:

    The Settlement Conference set for April 11, 2007 is *vacated and reset* to **May 22, 2007 at 1:30 p.m.**, 5th Floor, Arraj Courthouse. Confidential Settlement Statements are due on or before **May 17, 2007,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

    Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge O. Edward Schlatter.

    ***Counsel and parties with full authority to settle must be present.***

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated: March 28, 2007